IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-2448-LTB-MJW

CAROLYN K. GREINE,

    Plaintiff,

v.

TARGET CORPORATION,
a/k/a TARGET STORES, INC., a division of
DAYTON HUDSON CORPORATION, a
foreign corporation,

    Defendant.

---

ORDER VACATING SETTLEMENT CONFERENCE ( Docket No 14 )

---

This matter having come before this Court on Defendant Target Stores, a division of Target Corporation's Stipulated Motion to Vacate Settlement Conference, and the Court being adequately advised of the premises;

The motion ( Docket No 14 ) is Granted And Orders that the August 11, 2008 settlement conference is hereby vacated and rescheduled for September 29th, 2008 at 3:00 p.m. All other deadlines and requirements set forth in the prior Order(s) setting the settlement conference shall be determined by reference to this new date.

Dated: July 23, 2008.

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO