**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-02448-LTB-MJW

CAROLYN K. GREENE,

    Plaintiff,

v.

TARGET CORPORATION, a/k/a TARGET STORES, INC., a division of DAYTON HUDSON CORPORATION, a foreign corporation,

    Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 24 - filed October 10, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                             BY THE COURT:

                                s/Lewis T. Babcock
                             Lewis T. Babcock, Judge

DATED:   October 14, 2008